# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2890
_____

NICHOLAS J. KOSTELNY and
JULIANNE L. KOSTELNY,
Husband and Wife,

     Petitioners,

     v.

BLUEWATER BAY RESORT, LLC,
THOMAS HANKS, EUROPCO
MGMT. CO. OF AMERICA, LLC
and JEROME ZIVAN,

     Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


February 2, 2026


PER CURIAM.

     DISMISSED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas J. Kostelny and Julianne L. Kostelny, pro se, Petitioners.

No appearance for Respondents.